# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 21, 2017

Mr. Jeffrey Joseph Brinker
Mr. Gary Phillip Paul
Mr. John M. Reeves
BRINKER & DOYEN
5th Floor
34 N. Meramec Avenue
Saint Louis, MO  63105

      RE:  17-2381  Cecelia Webb, et al v. City of Maplewood

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      **Counsel are to verify that their addresses are correct on the service list and notify the clerk's office is a change is required.**

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc:    Mr. Nathaniel R Carroll
      Mr. Thomas B. Harvey
      Mr. Jeffrey D. Kaliel
      Mr. Gregory J. Linhares
      Mr. Blake A. Strode
      Mr. Michael-John Voss

      District Court Case Number: 4:16-cv-01703-CDP

**Caption For Case Number:   17-2381**

Cecelia Roberts Webb; Darron Yates; Robert Eutz; Anthony Lemicy; Krystal Banks; Frank Williams, individually and on behalf of all others similarly situated.

    Plaintiffs - Appellees

v.

City of Maplewood

    Defendant - Appellant

**Addresses For Case Participants:   17-2381**

Mr. Jeffrey Joseph Brinker
Mr. Gary Phillip Paul
Mr. John M. Reeves
BRINKER & DOYEN
5th Floor
34 N. Meramec Avenue
Saint Louis, MO  63105

Mr. Nathaniel R Carroll
HOSMER & KING
313 S. Glenstone
P.O. Box 1245
Springfield, MO  65801-1245

Mr. Thomas B. Harvey
Mr. Blake A. Strode
Mr. Michael-John Voss
ARCH CITY DEFENDERS
812 N. Collins
Saint Louis, MO  63102

Mr. Jeffrey D. Kaliel
TYCKO & ZAVAREEI
Suite 1000
1828 L Street, N.W.
Washington, DC  20036

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102