UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CECELIA ROBERTS WEBB, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:16 CV 1703 CDP |
| | ) |
| THE CITY OF MAPLEWOOD, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

Counsel seek to withdraw their representation of plaintiffs Robert Eutz and Krystal Banks, citing Eutz's and Banks' failure to respond to counsel's numerous attempts to communicate with them over several months. I will order these plaintiffs to show cause why I should not grant counsel's request to withdraw. I will also order these plaintiffs to provide the Court with their current address. In the event counsel is granted leave to withdraw, plaintiffs Eutz and Banks will continue in this action pro se and their addresses will be entered on the public docket. These plaintiffs are cautioned, however, that failure to timely comply with this Order may result in the dismissal of their claims without prejudice for failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs Robert Eutz and Krystal Banks

shall show cause – in writing and no later than **February 6, 2019** – why counsel's Motions to Withdraw as Counsel of Record Without Substitution should not be granted. Plaintiffs Eutz and Banks shall each include their current address in their respective response.

**IT IS FURTHER ORDERED** that plaintiffs' counsel shall mail this Memorandum and Order to plaintiffs Robert Eutz and Krystal Banks at their last known address(es) and certify to the Court that they have mailed the Order.

**Plaintiffs Robert Eutz and Krystal Banks are cautioned that failure to timely comply with this Order may result in the dismissal of their claims without prejudice for failure to prosecute**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of January, 2019.