# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  21-8012
_____

Cecelia Roberts Webb; Darron Yates

Respondents

Robert Eutz

Plaintiff

Anthony Lemicy

Respondent

Krystal Banks

Plaintiff

Frank Williams, individually and on behalf of all others similarly situated.

Respondent

v.

City of Maplewood

Petitioner

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-01703-CDP)

------

## JUDGMENT

Before COLLOTON, ARNOLD, and SHEPHERD, Circuit Judges.

The petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f) is denied.

Mandate shall issue forthwith.

December 30, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
            /s/ Michael E. Gans