# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CECELIA ROBERTS WEBB, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:16-cv-01703 CDP |
| ) | |
| THE CITY OF MAPLEWOOD, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT CITY OF MAPLEWOOD'S MOTION FOR LEAVE TO FILE EXCESS PAGES (ECF NO. 216)**

Plaintiffs, by and through their undersigned counsel, in response to Defendant City of Maplewood's Motion for Leave to File Excess Pages (ECF No. 216) for their motion for summary judgment, state that Plaintiffs consent to extending the limit to 35 pages, but cannot consent to Defendant's request to file a 70-page motion for summary judgment (nearly five times the local rule limit).  Additionally, Plaintiffs' counsel has communicated with Defendant's counsel that they plan to dismiss Counts 3, 4, and 5, subject to final authorization from their clients.

Dated:  March 23, 2022

Respectfully submitted,

/s/ *Nathaniel R. Carroll*
ARCHCITY DEFENDERS, INC.
Blake A. Strode, #68422MO
John M. Waldron, #70401MO
Nathaniel R. Carroll, #67988MO
440 N. 4th Street, Suite 390
St. Louis, MO 63103
Telephone: (855) 724-2489
Facsimile: (314) 925-1304
bstrode@archcitydefenders.org
jwaldron@archcitydefenders.org
ncarroll@archcitydefenders.org

TYCKO & ZAVAREEI LLP
Andrea R. Gold (admitted *pro hac vice*)

1828 L Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
agold@tzlegal.com

KEANE LAW LLC
Ryan A. Keane, #62112MO
Steve Duke, #68034MO
7711 Bonhomme Ave., Suite 600
St. Louis, MO 63105
Telephone: (314) 391-4700
Facsimile: (314) 244-3778
ryan@keanelawllc.com
steve@keanelawllc.com