UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CECELIA ROBERTS WEBB, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:16 CV 1703 CDP |
| | ) | |
| THE CITY OF MAPLEWOOD, | ) | |
| MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In a memorandum filed March 23, 2022, plaintiffs' counsel indicated that they planned to dismiss Counts III, IV, and V of the complaint "subject to final authorization of their clients." (ECF 217.)  Defendant refers to this statement in its motion for summary judgment and therefore does not address Counts III, IV, or V in the motion.  (*See* ECF 220 at p.1, n.1.)  Nor do plaintiffs refer to these Counts in their response to the motion.  In order for me to properly address the claims in this case, I need to know what remains before the Court for resolution.  I will therefore order plaintiffs to file either a dismissal as to Counts III, IV, and V of the complaint or a memorandum stating that those Counts remain in the case for resolution.

Accordingly,

**IT IS HEREBY ORDERED** that not later than **May 9 2022**, plaintiffs'

counsel shall file with the Court either 1) a stipulation of dismissal as to Counts III,

IV, and V of the complaint; or 2) a memorandum explicitly stating that Counts III,

IV, and V remain a part of this case requiring resolution.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 2nd day of May, 2022.