## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CECELIA ROBERTS WEBB et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:16-cv-1703 CDP |
| ) | |
| CITY OF MAPLEWOOD, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF VOLUNTARY DISMISSAL OF COUNTS III, IV, AND V

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's order of May 2, 2022 (ECF No. 237), individual Plaintiffs Cecelia Roberts-Webb, Darron Yates, Anthony Lemicy, and Frank Williams, by and through their counsel of record, and Defendant City of Maplewood, hereby submit this stipulation of voluntary dismissal with prejudice as to Counts III, IV, and V of Plaintiffs' Class Action Petition (ECF No. 1).

STIPULATED TO, DATED, AND RESPECTFULLY SUBMITTED THIS 9th DAY OF MAY, 2022.

By: *Nathaniel R. Carroll*
ARCHCITY DEFENDERS, INC.
Blake A. Strode, #68422MO
John M. Waldron, #70401MO
Nathaniel R. Carroll, #67988MO
440 N. 4th Street, Suite 390
St. Louis, MO 63103
Telephone: (855) 724-2489
Facsimile: (314) 925-1304
bstrode@archcitydefenders.org
jwaldron@archcitydefenders.org
ncarroll@archcitydefenders.org

Andrea R. Gold (admitted pro hac vice)
TYCKO & ZAVAREEI LLP

/s/ Blake D. Hill
Blake D. Hill, #58926MO
William A. Hellmich, #31182MO
HELLMICH, HILL & RETTER, LLC
1049 North Clay Avenue
Kirkwood, MO  63122
314-646-1110 – Phone
314-646-1122 – Fax
blake@hellmichhillretter.com
bill@hellmichhillretter.com
*Attorneys for Defendant*

1

1828 L Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
agold@tzlegal.com

and

KEANE LAW LLC
Ryan A. Keane, #62112MO
7711 Bonhomme Ave., Suite 600
St. Louis, MO 63105
Telephone: (314) 391-4700
Facsimile: (314) 244-3778
ryan@keanelawllc.com

*Attorneys for Plaintiffs and Class Counsel*