# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CECELIA ROBERTS WEBB et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:16-cv-1703 CDP |
| CITY OF MAPLEWOOD, MISSOURI, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiffs and Defendant hereby notify the Court that they have reached a class action settlement in principle to resolve this matter and are working to finalize a written Settlement Agreement and related documents to submit to the Court for preliminary approval. Based on the foregoing, the parties respectfully request that the decision on all pending motions, including but not limited to Defendant's Motion for Summary Judgment, be stayed and that all deadlines, including the trial date, be vacated. The parties intend to file a joint briefing schedule for the Motion for Preliminary Approval of Settlement within the next thirty days.

Dated: June 27, 2022                                   Respectfully Submitted,

By:   *John M. Waldron*                                /s/ Blake D. Hill
ARCHCITY DEFENDERS, INC.                               Blake D. Hill, #58926MO
Blake A. Strode, #68422MO                              William A. Hellmich, #31182MO
John M. Waldron, #70401MO                              HELLMICH, HILL & RETTER, LLC
Nathaniel R. Carroll, #67988MO                         1049 North Clay Avenue Kirkwood, MO
440 N. 4th Street, Suite 390                           63122
St. Louis, MO 63103                                    314-646-1110 – Phone
Telephone: (855) 724-2489                              314-646-1122 – Fax
Facsimile: (314) 925-1304                              blake@hellmichhillretter.com
bstrode@archcitydefenders.org                          bill@hellmichhillretter.com
jwaldron@archcitydefenders.org                         Attorneys for Defendant
ncarroll@archcitydefenders.org

1

Andrea R. Gold (admitted pro hac vice)
TYCKO & ZAVAREEI LLP
1828 L Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
agold@tzlegal.com

and

KEANE LAW LLC
Ryan A. Keane, #62112MO
7711 Bonhomme Ave., Suite 600
St. Louis, MO 63105
Telephone: (314) 391-4700
Facsimile: (314) 244-3778
ryan@keanelawllc.com

*Attorneys for Plaintiffs and Class Counsel*