UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CECELIA ROBERTS WEBB, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF MAPLEWOOD, ) <br> MISSOURI, ) <br> ) <br> Defendant. ) | Case No. 4:16 CV 1703 CDP |

## MEMORANDUM AND ORDER

On June 27, 2022, the parties announced to the Court that this class action had settled. At the time, various motions were pending – specifically, defendant City of Maplewood's motion for summary judgment and motion to strike plaintiffs' additional material facts, and plaintiffs' motion to strike the declaration of Judge Brian Dunlop. I granted the parties' request that I stay ruling on these motions until briefing on approval of the settlement was completed. In my Order preliminarily approving the settlement, I continued the stay in this action until final approval. The hearing on final approval is set for April 5, 2023.

The time for filing written objections to the settlement agreement and to the applications for fees, costs, and service awards has passed, and no objections were filed. And no class member has filed a notice of intention to appear at the final approval hearing. Therefore, no opposition to the settlement agreement will be

voiced by any class member at the hearing. In view of this circumstance, I see no reason why the pending motions must remain on the docket. I will therefore deny them, but without prejudice to be refiled and reinstated in the event the settlement in this class action is not finally approved.

Accordingly,

**IT IS HEREBY ORDERED** that defendant City of Maplewood, Missouri's Motion for Summary Judgment [220] and Motion to Strike Plaintiffs' Unauthorized Additional (Alleged) Material Facts [246] are denied without prejudice to refiling if necessary.

**IT IS FURTHER ORDERED** that plaintiffs' Motion to Strike the Declaration of Brian Dunlop [231] is denied without prejudice to refiling if necessary.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of March, 2023.