UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CECELIA ROBERTS WEBB, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF MAPLEWOOD, ) <br> MISSOURI, ) <br> ) <br> Defendant. ) | Case No. 4:16 CV 1703 CDP |

## JUDGMENT

In accordance with the Memorandum and Order entered herewith, and there being no reason to delay entry of Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Class Action Settlement, entered into by and between the parties to resolve all outstanding claims in this action, is **APPROVED**. The Memorandum and Order Granting Final Approval of Class Action Settlement, and this Judgment entered thereon, are considered final and appealable as of the date of their entry.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of April, 2023.