UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CECELIA ROBERTS WEBB, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:16 CV 1703 CDP |
| THE CITY OF MAPLEWOOD, MISSOURI, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

As ordered, the parties have jointly moved for final distribution of the monies that remain in the Settlement Fund and have included a proposal for the payment of outstanding costs, a third distribution to Class members, and *cy pres* distribution to Joe's Place Corporation based on the Eighth Circuit's *cy pres* factors set out in *In re BankAmerica Corp. Sec. Litig.*, 775 F.3d 1060 (8th Cir. 2015).  Upon careful review of the parties' motion and proposal, including the Class Administrator's declaration, I will grant the motion and order final distribution as proposed.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Final Distribution [287] is **GRANTED**.

**IT IS FURTHER ORDERED** that **not later than May 6, 2024**, the Class Administrator shall pay $33,950 from the Settlement Fund to Class Counsel, which sum represents outstanding costs counsel incurred in prosecuting this action.

**IT IS FURTHER ORDERED** that **not later than May 6, 2024**, the Class Administrator shall reimburse itself from the Settlement Fund a total of $14,257, which sum represents administrative fees and costs associated with facilitating a third distribution of the Settlement Fund to eligible Class members.

**IT IS FURTHER ORDERED** that upon payment of the fees and costs set out above, the Claims Administrator shall proceed to implement the parties' proposed distribution of the remaining balance of the Settlement Fund as set out in the Joint Motion for Final Distribution, paragraphs 4.c. (third distribution to Class members) and 5 (*cy pres* distribution).  Payments to Class members under paragraph 4.c. shall be made **not later than May 6, 2024**.  Payment to the *cy pres* recipient, Joe's Place Corporation, shall be made following the void date of the third distribution checks.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2024.